JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :     INDICTMENT

    - v. -                      :     08 Cr. _____

LEO PAULINO-MELENDE,           :
    a/k/a "Juan Carlo Perez,"
    a/k/a "Leo Paulino,"         :
    a/k/a "Juan Morel,"
    a/k/a "Amauris Porter,"

        Defendant.            :

- - - - - - - - - - - - - - - - - - x

08 CRIM 176



COUNT ONE

    The Grand Jury charges:

    From in or about March 2007, up to and including on or about January 2, 2008, in the Southern District of New York and elsewhere, LEO PAULINO-MELENDE, a/k/a "Juan Carlo Perez," a/k/a "Leo Paulino," a/k/a "Juan Morel," a/k/a "Amauris Porter," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.39, a class B felony, on or about October 6, 1997, in New York Supreme Court, Bronx County, without having obtained the express consent of the

Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____  
FOREPERSON

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LEO PAULINO-MELENDE,
a/k/a "Juan Carlo Perez,"
a/k/a "Leo Paulino,"
a/k/a "Juan Morel,"
a/k/a "Amauris Porter,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Post 11-1-87

3/3/08 7. Sed Ind.
 filed