UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

LEO PAULINO-MELENDE,

          Defendant.

NOTICE OF APPEARANCE
AND REQUEST FOR
<u>ELECTRONIC NOTIFICATION</u>

08 Cr. 176 (RWS)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
          Southern District of New York

        by: /s/ Amanda Kramer
            Amanda Kramer
            Assistant United States Attorney
            (212) 637-2478

Cc:    Fiona Doherty, Esq.
        Attorney for Defendant