UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

    - v. -        :        ORDER

LEO PAULINO-MELENDE,        :        08 Cr. 176 (RWS)

    Defendant.        :

- - - - - - - - - - - - - - - - - -x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 28, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           6-19, 2008

                                THE HONORABLE ROBERT W. SWEET
                                UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08